UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHANTELL CURL,

    Plaintiff,

    v.

CITIMORTGAGE, INC., et al.,

    Defendant.

Case No. 14-cv-01829-VC

**ORDER STAYING CASE**

The ADR unit has advised the Court that the parties are pursuing a loan modification that could resolve the dispute. The case is stayed indefinitely to allow the parties to focus on the loan modification. All pending motions are terminated as moot without prejudice to refiling if the parties are unable to agree on a loan modification.

**IT IS SO ORDERED.**

Dated: May 29, 2014

_____
VINCE CHHABRIA
United States District Judge