UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTELL CURL,<br>        Plaintiff,<br>   v.<br>CITIMORTGAGE, INC., et al.,<br>        Defendants. | Case No. 14-cv-01829-VC<br><br>**ORDER** |

On November 24, 2014, the defendants filed a motion to dismiss Plaintiff Chantell Curl's first amended complaint. Docket No. 30. Curl's response was due on December 8, 2014, but was not filed until December 15, the deadline for defendants' reply. As a result of this delay, the defendants' reply, if any, must now be filed no later than January 9, 2015. The hearing on the defendants' reply will be held on January 22, 2015, at 10:00 a.m. in Courtroom 4.

**IT IS SO ORDERED**.

Dated: December 18, 2014

_____

VINCE CHHABRIA
United States District Judge