UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTELL CURL,<br>　　　　Plaintiff,<br>　　v.<br>CITIMORTGAGE, INC., et al.,<br>　　　　Defendants. | Case No. 14-cv-01829-VC<br><br>**ORDER DISMISSING CASE**<br>Re: Dkt. Nos. 37, 38 |

On January 26, 2015, the Court conditionally dismissed the case on judicial estoppel grounds. The Court gave the plaintiff a chance to show that her lawyers failed to inform her of the need to list her mortgage fraud claim on her bankruptcy schedule. The plaintiff has made no such showing; accordingly, the case is now dismissed with prejudice

**IT IS SO ORDERED.**

Dated: September 28, 2015

_____
VINCE CHHABRIA
United States District Judge